UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Cr. No. 5:11-CR-77-2BO

v.

ORDER TO SEAL

JUAN LAMBOY RIVERA,

    Defendant.
_____/

Upon motion of the Defendant, it is hereby ORDERED that the Docket Number 51 in the above-captioned case be sealed.

This the 26 day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE